# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED&FILED
CLERK'S OFFICE

DEC - 8 2017

US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[1] SADID MEDINA-RIVERA,**<br>aka "EL LOCO",<br>(Counts 1-2 and 3)<br>**[2] JORGE MOLINA-LARRION,**<br>aka "JORGE BUSH/ EL PRESIDENTE",<br>(Counts 1-2)<br>**[3] YAMIL VAZQUEZ-RIVERA,**<br>aka "YAMO",<br>(Counts 1-5)<br>**[4] FELIPE NARVAEZ-COLON,** aka<br>"GAVILAN/VIEJO",<br>(Counts 1)<br>**[5] SAMUEL ARCE-AYALA,**<br>aka "BROCOLI/BROCO/VEGETAL",<br>(Counts 1-2)<br>**[6] WILLIAM J. DIAZ-RODRIGUEZ,**<br>aka "BILLY/PAPA/BOLA",<br>(Counts 1)<br>**[7] CARLOS J. NAZARIO-LOPEZ,**<br>aka "CARLOS TATI",<br>(Counts 1)<br>**[8] LUIS G. AYALA-GARCIA,** aka<br>"PAJARO/GABY EL QUEMAO",<br>(Counts 1-2 and 6)<br>**[9] JOSHUA MENDEZ-ROMERO,**<br>aka "JOSHI/EL GUABI/GEMELO/EL IDENTICO",<br>(Counts 1-2)<br>**[10] JOSE J. ROMERO-BONILLA,** aka<br>"GALVAN/COLORAO/GARBAN",<br>(Counts 1-2)<br>**[11] JONATHAN MILAN-RODRIGUEZ,**<br>aka "POLVO/PICA/POLVORIN/EL VIRAO",<br>(Counts 1-2)<br>**[12] GIOVANNI ORTIZ-SOTO,** aka<br>"PINOCHO",<br>(Counts 1-5) | **INDICTMENT**<br><br>CRIMINAL NO. *17-622* (C C' f 6 7 8 9<br><br>**VIOLATIONS:**<br><br>**COUNT ONE**<br>Conspiracy to Possess with Intent to Distribute a Controlled Substance Within a Protected Location, 21 U.S.C. §§ 846 and 860<br><br>**COUNT TWO**<br>Using and Carrying Firearms During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)<br><br>**COUNTS THREE, SIX, SEVEN,** and **EIGHT**<br>Use and Carry of a Firearm During a Drug Trafficking Crime Causing Murder, 18 U.S.C. § 924(j)(1)<br><br>**COUNT FOUR**<br>Drive By Shooting, 18 U.S.C. § 36(b)(2)(A)<br><br>**COUNT FIVE**<br>Use and Carry of a Firearm During a Crime of Violence Causing Murder, 18 U.S.C. § 924(j)(1)<br><br>**COUNT NINE**<br>Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity, 18 U.S.C. §1957<br><br>**Narcotics Forfeiture Allegation**<br>21 U.S.C. § 853 |

**[13] RICHARD A. FRANCO-PEREZ,**
**aka "EL CAGON/LA A",**
(Counts 1-2 and 3)

**[14] WILFREDO ROJAS-SUAREZ, aka**
**"PIKY/PICKY",**
(Counts 1-2 and 7-8)

**[15] ROBERTO ORTIZ-TORO, aka**
**"TILLO",**
(Counts 1)

**[16] JAIME L. MARTINEZ-VARGAS, aka**
**"JIMMY/EL COJO/DIRI/EL GORDO",**
(Counts 1 and 9)

**[17] JOEL J. AYALA-VELAZQUEZ, aka**
**"EL PUMA",**
(Counts 1-2)

**[18] OMAR J. NIEVES-PEREZ, aka**
**"CORNFLAKES",**
(Counts 1)

**[19] JOSE R. JIMENEZ-ECHEVARRIA,**
**aka "CUBA/RAFI",**
(Counts 1)

**[20] PHILLIP GARCIA-OSORIO,**
(Counts 1)

**[21] JULIO ROJAS-SUAREZ, aka**
**"CHULIN/CHULI",**
(Counts 1)

**[22] CARLOS M. COLON-CRUZ, aka**
**"FLAQUI",**
(Counts 1)

**[23] GEORGE M. FRANCO-PEREZ, aka**
**"LA FLACA",**
(Counts 1-5)

**[24] NELSON RIVERA-MALDONADO,**
**aka "CUAJO",**
(Counts 1-2 and 7)

**[25] ANGEL L. PAGAN-TORRES, aka**
**"GORITO/EL DESACATAO",**
(Counts 1-2)

**[26] ERNESTO JIMENEZ-CANDELARIO,**
**aka "NESTOR",**
(Counts 1-2)

**[27] DAVID F. NIEVES-DAVILA, a/k/a**
**"DAVISITO",**
(Counts 1-2)

**[28] HECTOR E. MARTINEZ-GARCIA,**
**aka "RICKY TAMBA/RICKY TONGA",**

(Counts 1-2)

**[29] ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE",**

(Counts 1-2 and 3)

**[30] EDGAR E. ARISTUD-MAYSONET,**

(Counts 1-2)

**[31] MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY",**

(Counts 1-2 and 7)

**[32] JUAN P. MARRERO-DIAZ, aka "EL GOLDO",**

(Counts 1)

**[33] ANGEL L. MORALES-HERNANDEZ, aka "ANGEL/CHINESE CHECKER",**

(Counts 1-2)

**[34] ERICK Y. SOTO-PEREZ,**

(Counts 1)

**[35] JOSE A. MENDEZ-RUIZ, aka "TIO MENDEZ",**

(Counts 1)

**[36] ANDRES MEDINA-MALDONADO, aka "ANDY PERLA/RICKY MARTIN",**

(Counts 1)

**[37] JOEL ROSARIO-MARTINEZ, aka "CEDA",**

(Counts 1)

**[38] ELIEZER RIVERA-REYES, aka "GORDO TETA",**

(Counts 1)

**[39] BRYAN M. CAMACHO-BAEZ, aka "LA PUERCA/LA GORDA",**

(Counts 1)

**[40] JOSE D. NIEVES-RAMOS, aka "JOUDI",**

(Counts 1)

**[41] ALEXIE LOPEZ-ROBLES, aka "ALEX CHENGO",**

(Counts 1)

**[42] CARLOS LOPEZ-ORRIA, aka "PELOTA",**

(Counts 1)

**[43] RAUL VIGUERA-SOTO, aka "VIAGRA/EL GORDO/RAULIN",**

(Counts 1)

**[44] FELIX O. ORTIZ-RODRIGUEZ, aka "CHUCHA",**

3

(Counts 1)
**[45]   ANDRES   D.   REYMENT-RODRIGUEZ, aka "ANDY LA SALIDA",**
(Counts 1)
**[46]  ABIMAEL  NARVAEZ-ROSA,  aka "APU",**
(Counts 1-2 and 6)
**[47]  JOSE  L.  CINTRON-APONTE,  aka "BEBO LA MAQUINA",**
(Counts 1-2)
**[48]   JANEY   FONTAN-OTERO,   aka "STUART THE LITTLE/STUART",**
(Counts 1)
**[49]  EDWIN  A.  PANTOJA-ERASO,  aka "BICHOTE",**
(Counts 1)
**[50] FRANKIE ORTIZ-SOTO,**
(Counts 1-2)
**[51] WILBERTO GUZMAN-ROBLES, aka "MACHO/MACHITO",**
(Counts 1-2)
**[52]   JUAN   G.   PEREZ-RIVERA,   aka "JUANITO CULON",**
(Counts 1)
**[53]   ANDRES   BAEZ-RAMOS,   aka "CUAJO",**
(Counts 1)
**[54]  NELSON  GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA",**
(Counts 1-2 and 8)
**[55]  WILLIAM  REYES-GARRASTEGUI, aka "BEBO EL GOLDO",**
(Counts 1)
**[56] RAFAEL A. RAMOS-MARIN, aka "EL NEGRO",**
(Counts 1)
**[57]   PEDRO   ORRACA-MATOS,   aka "PERI",**
(Counts 1)
**[58]   FRANCISCO   R.   MAYSONET-MORALES, aka "ÑAME/GORDO",**
(Counts 1-2)
**[59]  ANGEL  O.  PAGAN-TORRES,  aka "KIBU",**
(Counts 1-2)

**[60] JAIME A. HERNANDEZ-SANTIAGO,**
**aka "MINGUI/COCO",**
(Counts 1-2)
**[61] LUIS E. ERAZO DE-JESUS, aka**
**"VAQUERO/VAQUERITO",**
(Counts 1-2)
**[62] CARLOS J. NIEVES-PEREZ, aka**
**"SEVEN",**
(Counts 1-2)
**[63] ABNEL H. BERRIOS-NATALI, aka**
**"ABNEL LA BARBIE",**
(Counts 1-2)
**[64] FRANCISCO SALAS-RIOS, aka**
**"CHULE",**
(Counts 1-2)
**[65] CHRISTIAN GUZMAN-COLON, aka**
**"MUÑEQUITA/MUÑE",**
(Counts 1-2)
**[66] PEDRO CRESPO-BOUCHAMP, aka**
**"COLOREX/COLO/PEDRITO/COLORA**
**O",**
(Counts 1-2)
**[67] JUAN E. FREITES-TORRES, aka**
**"ACHO/MACHO KENAI",**
(Counts 1-2)
**[68] LUIS M. PANTOJA-CRUZ, aka**
**"CANTINFLA",**
(Counts 1-2)
**[69] HAROLD L. ABOLAFIA-BORRERO,**
**aka "FERRARI",**
(Counts 1-2)
**[70] CHRISTOPHER J. NIEVES-PEREZ,**
**aka "CHUCHO",**
(Counts 1)
**[71] JEAN C. TORRES-SOTO, aka**
**"CHICKEN POP",**
(Counts 1)
**[72] DANIEL F. VELEZ-ORTIZ, aka**
**"GUAYU/DANIELITO",**
(Counts 1)
**[73] FELIX J. ALVARADO-ORTEGA, aka**
**"FILETE/FILETE MIGNON",**
(Counts 1)
**[74] JUAN F. VELEZ-CEDEÑO, aka**
**"CHATO",**
(Counts 1)

[75] JORGE L. NEGRON-CRUZ, aka "POLLO/POLLITO/TOSTIN",
(Counts 1)

[76] JOSE L. JIMENEZ-CANDELARIO,
(Counts 1-2)

[77] LUIS A. MONZON-OCASIO, aka "EL PITO",
(Counts 1)

[78] JOSE M. OYOLA, aka "JUACO",
(Counts 1)

[79] JOSE A. ROBLES-SANTIAGO, aka "ABI/GUITARREÑO",
(Counts 1)

[80] EMANUEL RIVERA-ALVAREZ, aka "EMMA",
(Counts 1)

[81] JOVANNI TORRES-LOPEZ, aka "BIMBO",
(Counts 1)

[82] JAIME J. VALENTIN-RODRIGUEZ, aka "JAY BARENTE-RIVERA/JAY LOMBRIZ/EL JAY",
(Counts 1)

[83] HECTOR X. ORTIZ-ERRAZO, aka "XAVI/EL GORDO",
(Counts 1)

[84] ANGELITA BRAVO-GARCIA, aka "BEBOTA/MIMITIME/MIMI",
(Counts 1)

[85] ANGEL A. JIMENEZ-CANDELARIO,
(Counts 1)

[86] LUIS A. ORTIZ-OLIVERA, aka "PACHE",
(Counts 1)

[87] JUAN E. RIVERA-SERRANO, aka "CASCO",
(Counts 1 and 8)

[88] FERNANDO MONTAÑEZ-GARCIA, aka "MOSTRI",
(Counts 1)

[89] BRANDON J. CRUZ-VERGES,
(Counts 1)

[90] ROLANDO COTTO-ORTEGA, aka "PASTELILLO",
(Counts 1)

[91] HECTOR QUINTANA-FIGUEROA, aka "CHUPA",
(Counts 1)

[92] JUAN C. PEREZ-RIVERA, aka "KIBU",
(Counts 1)

[93] JOSE C. MOJICA-TORRES, aka "CHENCHO",
(Counts 1)

[94] HECTOR MENDEZ, aka "RUDY/RUBY/SCOOBY",
(Counts 1)

[95] JEAN C. DEL VALLE-ROSA, aka "CHIWAWIN",
(Counts 1)

[96] JEREMY A. BARRETO-BERRIOS,
(Counts 1)

[97] JUAN L. RECA-SANTIAGO, aka "LUIS SANTIAGO-RIVERA",
(Counts 1)

[98] GABRIEL SEDEÑO-APONTE, aka "LIMBER",
(Counts 1)

[99] JOSE A. ORTIZ-OLIVERA, aka "MACHO",
(Counts 1)

[100] FELIX J. ORTIZ, aka "KALKRI/KENOBI",
(Counts 1)

[101] NASAIN ORTIZ-NIEVES, aka "BART/BART SIMPSON",
(Counts 1-2)

[102] ROBERTO C. ROSA-PEREZ, aka "PAPIRO",
(Counts 1)

[103] PEDRO ALVINO-COLON, aka "PELLO/PEYO/PEDRI",
(Counts 1)

[104] CARLOS J. SANTOS-VELEZ, aka "CARLITOS",
(Counts 1)

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**(Conspiracy to Possess with Intent to Distribute a Controlled Substance)**

<u>**Los Menores**</u>

For years, gangs that operated in housing projects controlled most drug sales in Bayamon, Puerto Rico. Generally, each housing project had its own gang. Each gang had members with similar roles. They had leaders, drug point owners, enforcers, runners, sellers, drug processors, facilitators and lookouts. These drug gangs fought over control of the drug points within the various housing projects in Bayamon, Puerto Rico. The violence associated with these battles regularly brought the attention of local and federal authorities, which negatively affected drug sales and resulted in large-scale conspiracy indictments.

In or around the year 2010, most of the leaders from nearly all of the drug gangs in the Bayamon area were incarcerated. As a result, a new leadership between the street gangs arose and gained control of most of the housing projects and wards within Bayamon and the areas nearby. Members of this new gang identified themselves as Los Menores meaning new blood. The goal of Los Menores was to take over and maintain control of all the drug trafficking activities in Bayamon and other areas by force, violence and intimidation.

<u>**Purposes of Los Menores**</u>

The purposes of Los Menores included the following:

1. Enriching the members and associates of Los Menores through the distribution of narcotics.

2. Preserving and protecting the power, territory and profits of Los Menores with intimidation, violence, threats of violence, assault and murder.

3. Concealing its activities by obstructing justice.

4.  Promoting and enhancing Los Menores and its members and associates' activities.

5.  Keeping people in fear of Los Menores and in fear of its members and associates through threats of violence and murder.

## Means and Methods of Los Menores

Among the manner and means by which the defendants and co-conspirators conducted and participated in the conduct of the affairs of Los Menores were the following:

1.  Members of Los Menores and their associates would act in different roles in order to further the goals of Los Menores, to wit: leaders, who directed and supervised, drug point owners, enforcers, suppliers, runners, sellers and drug processors.

2.  Members of Los Menores and their associates would purchase wholesale quantities of heroin, cocaine and marijuana in order to distribute the same in street quantity amounts at their drug distribution points.

3.  Members of Los Menores and their associates would purchase wholesale quantities of cocaine and would convert it into crack cocaine (cooked) for subsequent sale and distribution at their drug distribution points.

4.  Members of Los Menores and their associates would use residences and apartments within the controlled areas in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, drug paraphernalia, firearms and ammunition.

5.  Members of Los Menores and their associates would routinely possess, carry, brandish and use firearms to protect themselves and their drug trafficking organization. At different points during the conspiracy, the leaders would provide to some members of the organization different types of firearms, including but not limited to "high power" rifles,

in order to protect themselves, the narcotics and the profits from rival drug trafficking gangs.

6. Members of Los Menores and their associates promoted a climate of fear through violence and threats of violence. They would commonly use and threaten to use physical violence against their rivals.

7. Members of Los Menores and their associates committed, attempted and threatened to commit acts of violence, including murder, to protect and expand Los Menores' criminal operations. They were instructed to shoot and kill suspected rival drug trafficking members and all firearms used during a commission of a violent act would be returned to the leader of the organization for their disposal.

8. Members of Los Menores and their associates would use force, violence and intimidation in order to intimidate rival drug trafficking organizations and in order to discipline members of their own drug trafficking organization.

9. Members of Los Menores and their associates used violence against law enforcement officers to escape detection and apprehension. They would also pay bribes to law enforcement officers for information on informants or cooperators and for information as to law enforcement initiatives to disrupt the drug points.

10. Members of Los Menores and their associates would often alter their firearms (pistols and high power rifles) in order to make them fire in a fully automatic mode.

11. Members of Los Menores and their associates would pool resources with other housing projects aligned with Los Menores in order to accomplish criminal acts.

12. Members of Los Menores and their associates provided shelter and protection to known fugitive members of Los Menores in order to aid against their apprehension by law

enforcement. Often, they would pay attorney's fees and bail money for lower level members to prevent cooperation with law enforcement.

13. Members of Los Menores and their associates would use two-way radios ("walkie-talkies" referred to as scanners) in order to communicate and alert the presence of law enforcement agents or members of rival gangs inside their controlled areas.

14. Members of Los Menores and their associates conducted and participated in gunpoint robberies of motor vehicles (commonly referred to as "carjackings").

15. Members of Los Menores and their associates would in turn use the stolen motor vehicles during subsequent robberies and drive-by shootings.

## Roles of the Defendants

During the conspiracy, many of the leaders, members and associates of Los Menores held various roles in Los Menores. The defendants listed below held the following roles at some point in the conspiracy.

### A. Leaders/Drug Point Owners/ Drug Point Administrators

Leaders directly controlled and supervised the drug trafficking activities at the drug points located at Los Menores controlled Public Housing Projects, which include: Virgilio Davila Public Housing Project, Rafael Falin Torrech Public Housing Project, Brisas de Bayamon Public Housing Project, Jardines de Caparra Public Housing Project, La Gardenias Public Housing Project, La Alambra Public Housing Project, Jose Celso Barbosa Public Housing Project, Los Jeannie Public Housing Project, Alegria Norte Public Housing Project, Jardines de Cataño Public Housing Project, Sierra Linda Public Housing Project, Los Laureles Public Housing Project, Los Dominicos Public Housing Project, Villa Olga Ward, Rio Plantation Ward and El Polvorin Ward and other

areas nearby, within the Municipalities of Bayamon, Toa Baja, Cataño, Naranjito, Comerio and Corozal, Puerto Rico.

Drug point owners purchased multi-kilogram quantities of narcotics and oversaw the transportation and sale of such narcotics at the drug points located at the Los Menores controlled Public Housing Projects.

At various times during the course of the conspiracy, leaders purchased firearms and allowed members to use and carry such firearms and ammunition in order to protect the leaders and members of Los Menores, the narcotics, the proceeds derived from drug sales and to further the goals of the conspiracy.

The following co-conspirators acted as leaders and drug point owners:

**[1] SADID MEDINA-RIVERA, aka "EL LOCO"** was the main leader of Los Menores. As such, he controlled, through co-defendants also acting as leaders, the drug distribution points located in the areas controlled by Los Menores. As the main leader, he directly supervised the operations of the drug points, received the proceeds from the distribution of narcotics sold during the span of his leadership in the conspiracy and was in charge of maintaining control of all the drug distribution activities. He had the authority to approve sanctions on members of the conspiracy, as well as its enemies and rivals. At some point in the conspiracy, **[1] SADID MEDINA-RIVERA, aka "EL LOCO"** was the "owner" of the heroin, powder cocaine, crack cocaine and marijuana sold at Virgilio Davila and Rafael Falin Torrech Public Housing Project drug points. In addition, he was the owner of different brands of marijuana and powder cocaine sold at Los Jeannie Public Housing Project and Villa Olga Ward. As the main leader, he would also receive payment or "rent" from other drug points, controlled by the organization. He would also often act as an enforcer and as a supplier within the conspiracy. As an enforcer, he would use

and carry firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities. As a supplier, he would supply narcotics and firearms, including but not limited to "high power" rifles, to other members of Los Menores in order to further the goals of the conspiracy.

[2] **JORGE MOLINA-LARRION, aka "JORGE BUSH/EL PRESIDENTE"** was also a leader of Los Menores. As such, he would be in charge of the administration of the drug points and its daily operations. He would also act as a drug point owner, enforcer and supplier within the conspiracy. As a drug point owner, he was the "owner" of the powder cocaine and marijuana sold at Los Jeannie Public Housing Project and at El Cerro, in Naranjito. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities. As a supplier, he would supply narcotics and firearms, including but not limited to "high power" rifles, to other members of Los Menores in order to further the goals of the conspiracy.

[3] **YAMIL VAZQUEZ-RIVERA, aka "YAMO"** was also a leader of Los Menores. Specifically, he was one of the leaders at Los Jeannie Public Housing Project and a leader at the drug points located in Naranjito and Comerio. He would also act as a drug point owner and enforcer within the conspiracy. He was the "owner" of powder cocaine and marijuana seals sold at the drug point in Los Jeannie Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[4] **FELIPE NARVAEZ-COLON, aka "GAVILAN/VIEJO"** was also a leader of Los Menores. As such, he would be in charge of the drug points located at Rafael Falin Torrech Public Housing Project, Jose Celso Barbosa Public Housing Project and Villas del Rio Public Housing

Project, among other areas. He would also act as a supplier within the conspiracy. As a supplier, he would supply members of the organization with multi kilograms quantities of marijuana and cocaine.

[5] **SAMUEL ARCE-AYALA, aka "BROCOLI/BROCO/VEGETAL"** was also a leader of Los Menores. Specifically, he was one of the leaders at Los Jeannie Public Housing Project. He would also act as a drug point owner and as an enforcer within the conspiracy. He was the "owner" of powder cocaine and marijuana seals sold at the drug point in Los Jeannie Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[6] **WILLIAM J. DIAZ-RODRIGUEZ, aka "BILLY/PAPA/BOLA"** was also a leader in Los Menores. He would also act as a drug point owner and supplier within the conspiracy. He was the "owner" of the marijuana and powder cocaine sold at the drug points in Villa Olga and El Volcan wards. As a supplier, he would supply members of the organization with multi kilograms quantities of marijuana and cocaine.

[7] **CARLOS J. NAZARIO-LOPEZ, aka "CARLOS TATI"** was also a leader in Los Menores. He would also act as a drug point owner and as supplier within the conspiracy. He was the "owner" of the marijuana and powder cocaine sold at the drug points in Villa Olga and El Volcan ward. As a supplier, he would supply members of the organization with multi kilograms quantities of marijuana and cocaine.

[8] **LUIS G. AYALA-GARCIA, aka "PAJARO/GABY EL QUEMAO"** was also a leader of Los Menores. Specifically, he was one of the leaders at Rafael Falin Torrech Public Housing Project, Los Laureles Public Housing Project and Villa Olga Ward. He would also act as

a drug point owner and as an enforcer within the conspiracy. He was the "owner" of heroin, cocaine, crack cocaine and marijuana seals sold at the drug points in Rafael Falin Torrech Public Housing Project, Los Laureles Public Housing Project and Villa Olga Ward. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[9] **JOSHUA MENDEZ-ROMERO, aka "JOSHI/EL GUABI/GEMELO/EL IDENTICO"** was also a leader of Los Menores. Specifically, he was one of the leaders at Rafael Falin Torrech Public Housing Project, Los Laureles Public Housing Project and Villa Olga Ward. He would also act as a drug point owner and as an enforcer within the conspiracy. He was the "owner" of marijuana seals sold at the drug points in Rafael Falin Torrech Public Housing Project, Los Laureles Public Housing Project and Villa Olga Ward. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[10] **JOSE J. ROMERO-BONILLA, aka "GALVAN/COLORAO/GARBAN"** was also a leader of Los Menores. Specifically, he was one of the leaders at Rafael Falin Torrech Public Housing Project, Virgilio Davila Public Housing Project, Los Laureles Public Housing Project and Brisas de Bayamon Public Housing Project. He would also act as a drug point owner and as an enforcer within the conspiracy. He was the "owner" of crack cocaine seals sold at the drug points in Rafael Falin Torrech Public Housing Project, Virgilio Davila Public Housing Project and Brisas de Bayamon Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[11] **JONATHAN MILAN-RODRIGUEZ, aka "POLVO/PICA/POLVORIN/EL VIRAO"** was also a leader of Los Menores. Specifically, he was one of the leaders at Villa Olga Ward. He would also act as a drug point owner and as an enforcer within the conspiracy. He was the "owner" of the marijuana seals sold at the drug points in Villa Olga Ward and Los Jeannie Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[12] **GIOVANNI ORTIZ-SOTO, aka "PINOCHO"** was also a leader of Los Menores. Specifically, he was one of the leaders at Los Jeannie Public Housing Project. He would also act as a drug point owner, enforcer and runner within the conspiracy. He was the "owner" of the powder cocaine seals and the prescription pills sold at the drug points in Los Jeannie Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[13] **RICHARD A. FRANCO-PEREZ, aka "EL CAGON/LA A"** was also a leader of Los Menores. Specifically, he was one of the leaders at Los Jeannie Public Housing Project and Rafael Falin Torrech Public Housing Project. He would also act as a drug point owner, enforcer and runner within the conspiracy. He was the "owner" of the marijuana "Cripy" seals and the prescription pills sold at the drug points in Los Jeannie Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[14] **WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY"** was also a leader of Los Menores. Specifically, he was one of the leaders at Brisas de Bayamon Public Housing Project and Rafael Falin Torrech Public Housing Project. He would also act as a drug point owner, enforcer and runner within the conspiracy. He was the "owner" of the marijuana "Cripy" seals and the prescription pills sold at the drug points in Brisas de Bayamon Public Housing Project. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

[15] **ROBERTO ORTIZ-TORO, aka "TILLO",** was also a leader of Los Menores. Specifically, he was one of the leaders at El Volcan Ward jointly with [6] **WILLIAM J. DIAZ-RODRIGUEZ, aka "BILLY/PAPA/BOLA".**

[16] **JAIME L. MARTINEZ-VARGAS, aka "JIMMY/EL COJO/DIRI/EL GORDO"** acted as a drug point owner for Los Menores. He was the "owner" of the powder cocaine sold at the drug point in Villa Olga Ward. At times in the conspiracy, he would also act as a supplier and a runner for the drug trafficking organization.

[17] **JOEL J. AYALA-VELAZQUEZ, aka "EL PUMA"** acted as a drug point owner for Los Menores. He was the "owner" of the marijuana sold at the drug point in Las Gardenias Public Housing Project. He would also act as an enforcer within the conspiracy. As an enforcer, he would carry and use firearms during and in relation to the drug trafficking activities and would allow other members of the conspiracy to carry and use firearms during and in relation to the drug trafficking activities.

**[18] OMAR J. NIEVES-PEREZ, aka "CORNFLAKES"** was also a leader of Los Menores. Specifically, he was the leader at Las Gardenias Public Housing Project with **[19] JOSE R. JIMENEZ-ECHEVARRIA, aka "CUBA/RAFI"**.

**[19] JOSE R. JIMENEZ-ECHEVARRIA, aka "CUBA/RAFI"** was also a leader of Los Menores. Specifically, he was the leader at Las Gardenias Public Housing Project with **[18] OMAR J. NIEVES-PEREZ, aka "CORNFLAKES"**.

**[20] PHILLIP GARCIA-OSORIO** was also a leader of Los Menores. Specifically, he was the leader at Virgilio Davila Public Housing Project.

**[21] JULIO ROJAS-SUAREZ, aka "CHULIN/CHULI"** was also a leader of Los Menores. Specifically, he was one of the leaders at Brisas de Bayamon Public Housing Project. He would also act as a drug point owner within the conspiracy. He was the "owner" of the marijuana "NBA" seal and the pills sold at the drug point in Brisas de Bayamon Public Housing Project.

**[22] CARLOS M. COLON-CRUZ, aka "FLAQUI"** was also a leader of Los Menores. Specifically, he was one of the leaders at Alegria Norte Public Housing Project. He would also act as a drug point owner within the conspiracy. He was the "owner" of the marijuana "Cripy" seal sold at the drug point in Alegria Norte Public Housing Project.

**B. Enforcers**

Enforcers possessed, carried, brandished, used and discharged firearms to protect the leaders and members of Los Menores, the narcotics, the proceeds derived from their sales and further the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to Los Menores' drug distribution points.

In addition to those previously mentioned leaders and drug point owners who also acted as enforcers, the following individuals and others, known and unknown, acted as enforcers for Los Menores:

[23] **GEORGE M. FRANCO-PEREZ, aka "LA FLACA"** acted as an enforcer for Los Menores. Additionally, he would often act as a runner within the conspiracy.

[24] **NELSON RIVERA-MALDONADO, aka "CUAJO"** acted as an enforcer for Los Menores. Additionally, he would often act as a drug point owner within the conspiracy.

[25] **ANGEL L. PAGAN-TORRES, aka "GORITO/EL DESACATAO"** acted as an enforcer for Los Menores. Additionally, he would often act as a runner and a drug processor within the conspiracy.

[26] **ERNESTO JIMENEZ-CANDELARIO, aka "NESTOR"** acted as an enforcer for Los Menores. Additionally, he would often act as an armed seller within the conspiracy.

[27] **DAVID F. NIEVES-DAVILA, a/k/a "DAVISITO"** acted as an enforcer for Los Menores. Additionally, he would often act as a seller within the conspiracy.

[28] **HECTOR E. MARTINEZ-GARCIA, aka "RICKY TAMBA/RICKY TONGA"** acted as an enforcer for Los Menores. Additionally, he would often act as an armed seller within the conspiracy.

[29] **ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE"** acted as an enforcer for Los Menores. Additionally, he would often act as a supplier within the conspiracy.

[30] **EDGAR E. ARISTUD-MAYSONET** acted as an enforcer for Los Menores. Additionally, he would often act as a leader within the conspiracy.

[31] **MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY"** acted as an enforcer for Los Menores. Additionally, he would often act as a runner within the conspiracy.

### C. Suppliers

The suppliers would supply narcotics, firearms and ammunition to Los Menores in order to further the goals of the conspiracy by maintaining the control and dominion over the drug distribution points located in the Municipalities of Bayamon, Toa Baja, Cataño, Naranjito, Comerio and Corozal, Puerto Rico.

In addition to those previously mentioned, the following individuals and others, known and unknown, acted as suppliers for Los Menores:

[32] **JUAN P. MARRERO-DIAZ, aka "EL GOLDO"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[33] **ANGEL L. MORALES-HERNANDEZ, aka "ANGEL/CHINESE CHECKER"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy. He would also use and carry firearms during and in relation to the drug trafficking activities.

[34] **ERICK Y. SOTO-PEREZ** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[35] **JOSE A. MENDEZ-RUIZ, aka "TIO MENDEZ"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[36] **ANDRES MEDINA-MALDONADO, aka "ANDY PERLA/RICKY MARTIN"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[37] **JOEL ROSARIO-MARTINEZ, aka "CEDA"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[38] **ELIEZER RIVERA-REYES, aka "GORDO TETA"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[39] **BRYAN M. CAMACHO-BAEZ, aka "LA PUERCA/LA GORDA"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[40] **JOSE D. NIEVES-RAMOS, aka "JOUDI"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[41] **ALEXIE LOPEZ-ROBLES, aka "ALEX CHENGO"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[42] **CARLOS LOPEZ-ORRIA, aka "PELOTA"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[43] **RAUL VIGUERA-SOTO, aka "VIAGRA/EL GORDO/RAULIN"** acted as a supplier for Los Menores. As a supplier, he would supply narcotics to other members of Los Menores in order to further the goals of the conspiracy.

[44] **FELIX O. ORTIZ-RODRIGUEZ, aka "CHUCHA"**

**D. Runners**

The runners worked under the direct supervision of the leaders of Los Menores. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug points. They were also responsible for collecting the proceeds of the drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift of the drug points. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug points. At various times, they would be responsible for recruiting street sellers and additional runners. The runners had a supervisory role within the conspiracy, as they would directly supervise, on a daily basis, the activities of multiple sellers and the daily activities of the drug points.

In addition to the enforcers and suppliers who also acted as runners, the following individuals and others, known and unknown, acted as runners for Los Menores:

**[45] ANDRES D. REYMENT-RODRIGUEZ, aka "ANDY LA SALIDA"** acted as a runner for Los Menores. Additionally, he would often act as supplier within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

**[46] ABIMAEL NARVAEZ-ROSA, aka "APU"** acted as a runner for Los Menores. Additionally, he would often act as drug point owner within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

**[47] JOSE L. CINTRON-APONTE, aka "BEBO LA MAQUINA"** acted as a runner for Los Menores. Additionally, he would often act as drug point owner within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

**[48] JANEY FONTAN-OTERO, aka "STUART THE LITTLE/STUART"** acted as a runner for Los Menores. Additionally, he would often act as a drug point owner for the drug trafficking organization.

[49] **EDWIN A. PANTOJA-ERASO, aka "BICHOTE"** acted as a runner for Los Menores.

[50] **FRANKIE ORTIZ-SOTO** acted as a runner for Los Menores. Additionally, he would often act as armed seller and armed look out within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

[51] **WILBERTO GUZMAN-ROBLES, aka "MACHO/MACHITO"** acted as a runner for Los Menores. Additionally, he would often act as armed seller within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

[52] **JUAN G. PEREZ-RIVERA, aka "JUANITO CULON"** acted as a runner for Los Menores. Additionally, he would often act as a drug processor within the conspiracy.

[53] **ANDRES BAEZ-RAMOS, aka "CUAJO"** acted as a runner for Los Menores. Additionally, he would often act as a drug processor within the conspiracy.

[54] **NELSON GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA"** acted as a runner for Los Menores. Additionally, he would often act as a seller and a facilitator within the conspiracy and would also use and carry firearms during and in relation to the drug trafficking activities.

[55] **WILLIAM REYES-GARRASTEGUI, aka "BEBO EL GOLDO"** acted as a runner for Los Menores.

[56] **RAFAEL A. RAMOS-MARIN, aka "EL NEGRO"** acted as a runner for Los Menores.

[57] **PEDRO ORRACA-MATOS, aka "PERI"** acted as a runner for Los Menores.

**E. Sellers**

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine, marijuana, oxycodone (commonly known as Percocet) and alprazolam (commonly known as Xanax). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution points. At times, sellers would use two-way radios ("walkie-talkies" or "scanners") in order to communicate with other members of the conspiracy.

In addition to the above-mentioned enforcers, suppliers and runners, who also acted as sellers, the following individuals and others, known and unknown, acted as sellers for Los Menores:

**[58] FRANCISCO R. MAYSONET-MORALES, aka "ÑAME/GORDO"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[59] ANGEL O. PAGAN-TORRES, aka "KIBU"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[60] JAIME A. HERNANDEZ-SANTIAGO, aka "MINGUI/COCO"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[61] LUIS E. ERAZO DE-JESUS, aka "VAQUERO/VAQUERITO"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[62] CARLOS J. NIEVES-PEREZ, aka "SEVEN"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[63] ABNEL H. BERRIOS-NATALI, aka "ABNEL LA BARBIE"** who would also use and carry firearms during and in relation to the drug trafficking activities.

**[64] FRANCISCO SALAS-RIOS, aka "CHULE"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[65] **CHRISTIAN GUZMAN-COLON, aka "MUÑEQUITA/MUÑE"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[66] **PEDRO CRESPO-BOUCHAMP, aka "COLOREX/COLO/PEDRITO/COLORAO"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[67] **JUAN E. FREITES-TORRES, aka "MACHO/MACHO KENAI"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[68] **LUIS M. PANTOJA-CRUZ, aka "CANTINFLA"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[69] **HAROLD L. ABOLAFIA-BORRERO, aka "FERRARI"** who would also use and carry firearms during and in relation to the drug trafficking activities.

[70] **CHRISTOPHER J. NIEVES-PEREZ, aka "CHUCHO"**

[71] **JEAN C. TORRES-SOTO, aka "CHICKEN POP"**

[72] **DANIEL F. VELEZ-ORTIZ, aka "GUAYU/DANIELITO"**

[73] **FELIX J. ALVARADO-ORTEGA, aka "FILETE/FILETE MIGNON"**

[74] **JUAN F. VELEZ-CEDEÑO, aka "CHATO"**

[75] **JORGE L. NEGRON-CRUZ, aka "POLLO/POLLITO/TOSTIN"**

[76] **JOSE L. JIMENEZ-CANDELARIO** who would also use and carry firearms during and in relation to the drug trafficking activities.

[77] **LUIS A. MONZON-OCASIO, aka "EL PITO"**

[78] **JOSE M. OYOLA, aka "JUACO"**

[79] **JOSE A. ROBLES-SANTIAGO, aka "ABI/GUITARREÑO"**

[80] **EMANUEL RIVERA-ALVAREZ, aka "EMMA"**

[81] JOVANNI TORRES-LOPEZ, aka "BIMBO"

[82] JAIME J. VALENTIN-RODRIGUEZ, aka "JAY BARENTE-RIVERA/JAY LOMBRIZ/EL JAY"

[83] HECTOR X. ORTIZ-ERRAZO, aka "XAVI/EL GORDO"

[84] ANGELITA BRAVO-GARCIA, aka "BEBOTA/MIMITIME/MIMI"

[85] ANGEL A. JIMENEZ-CANDELARIO

[86] LUIS A. ORTIZ-OLIVERA, aka "PACHE"

[87] JUAN E. RIVERA-SERRANO, aka "CASCO"

[88] FERNANDO MONTAÑEZ-GARCIA, aka "MOSTRI"

[89] BRANDON J. CRUZ-VERGES

[90] ROLANDO COTTO-ORTEGA, aka "PASTELILLO"

[91] HECTOR QUINTANA-FIGUEROA, aka "CHUPA"

[92] JUAN C. PEREZ-RIVERA, aka "KIBU"

[93] JOSE C. MOJICA-TORRES, aka "CHENCHO"

[94] HECTOR MENDEZ, aka "RUDY/RUBY/SCOOBY"

[95] JEAN C. DEL VALLE-ROSA, aka "CHIWAWIN"

[96] JEREMY A. BARRETO-BERRIOS

[97] JUAN L. RECA-SANTIAGO, aka "LUIS SANTIAGO-RIVERA"

[98] GABRIEL SEDEÑO-APONTE, aka "LIMBER"

[99] JOSE A. ORTIZ-OLIVERA, aka "MACHO"

**F. Drug Processors**

Drug processors would meet under the direction of the leaders of Los Menores and would weigh, cut, mix and prepare the controlled substances for street distribution. They would also

package the heroin, crack, cocaine and marijuana in single dosage amounts and in distinctive "baggies", "decks" and "vials".

In addition to the above-mentioned enforcers, suppliers, runners and sellers, who also acted as drug processors, the following individuals and others, known and unknown, acted as drug processors for the above-described drug trafficking organization:

[100] **FELIX J. ORTIZ, aka "KALKRI/KENOBI"** acted as a drug processor for Los Menores.

[101] **NASAIN ORTIZ-NIEVES, aka "BART/BART SIMPSON"** acted as a drug processor for Los Menores and would also use and carry firearms during and in relation to the drug trafficking activities.

[102] **ROBERTO C. ROSA-PEREZ, aka "PAPIRO"** acted as a drug processor for Los Menores.

[103] **PEDRO ALVINO-COLON, aka "PELLO/PEYO/PEDRI"** acted as a drug processor for Los Menores.

[104] **CARLOS J. SANTOS-VELEZ, aka "CARLITOS"** acted as a drug processor for Los Menores.

### Drug Trafficking Conspiracy

Beginning on a date unknown, but no later than in or about the year 2010, and continuing up to and until the return of the instant Indictment, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] **SADID MEDINA-RIVERA, aka "EL LOCO",**
[2] **JORGE MOLINA-LARRION, aka "JORGE BUSH/ EL PRESIDENTE",**
[3] **YAMIL VAZQUEZ-RIVERA, aka "YAMO",**
[4] **FELIPE NARVAEZ-COLON, aka "GAVILAN/VIEJO",**
[5] **SAMUEL ARCE-AYALA, aka "BROCOLI/BROCO/VEGETAL",**
[6] **WILLIAM J. DIAZ-RODRIGUEZ, aka "BILLY/PAPA/BOLA",**

[7] CARLOS J. NAZARIO-LOPEZ, aka "CARLOS TATI",
[8] LUIS G. AYALA-GARCIA, aka "PAJARO/GABY EL QUEMAO",
[9] JOSHUA MENDEZ-ROMERO, aka "JOSHI/EL GUABI/GEMELO/EL IDENTICO",
[10] JOSE J. ROMERO-BONILLA, aka "GALVAN/COLORAO/GARBAN",
[11] JONATHAN MILAN-RODRIGUEZ, aka "POLVO/PICA/POLVORIN/EL VIRAO",
[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",
[13] RICHARD A. FRANCO-PEREZ, aka "EL CAGON/LA A",
[14] WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY",
[15] ROBERTO ORTIZ-TORO, aka "TILLO",
[16] JAIME L. MARTINEZ-VARGAS, aka "JIMMY/EL COJO/DIRI/EL GORDO",
[17] JOEL J. AYALA-VELAZQUEZ, aka "EL PUMA",
[18] OMAR J. NIEVES-PEREZ, aka "CORNLAKES",
[19] JOSE R. JIMENEZ-ECHEVARRIA, aka "CUBA/RAFI",
[20] PHILLIP GARCIA-OSORIO,
[21] JULIO ROJAS-SUAREZ, aka "CHULIN/CHULI",
[22] CARLOS M. COLON-CRUZ, aka "FLAQUI",
[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",
[24] NELSON RIVERA-MALDONADO, aka "CUAJO",
[25] ANGEL L. PAGAN-TORRES, aka "GORITO/EL DESACATAO",
[26] ERNESTO JIMENEZ-CANDELARIO, aka "NESTOR",
[27] DAVID F. NIEVES-DAVILA, a/k/a "DAVISITO",
[28] HECTOR E. MARTINEZ-GARCIA, aka "RICKY TAMBA/RICKY TONGA",
[29] ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE",
[30] EDGAR E. ARISTUD-MAYSONET,
[31] MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY",
[32] JUAN P. MARRERO-DIAZ, aka "EL GOLDO",
[33] ANGEL L. MORALES-HERNANDEZ, aka "ANGEL/CHINESE CHECKER",
[34] ERICK Y. SOTO-PEREZ,
[35] JOSE A. MENDEZ-RUIZ, aka "TIO MENDEZ",
[36] ANDRES MEDINA-MALDONADO, aka "ANDY PERLA/RICKY MARTIN",
[37] JOEL ROSARIO-MARTINEZ, aka "CEDA",
[38] ELIEZER RIVERA-REYES, aka "GORDO TETA",
[39] BRYAN M. CAMACHO-BAEZ, aka "LA PUERCA/LA GORDA",
[40] JOSE D. NIEVES-RAMOS, aka "JOUDI",
[41] ALEXIE LOPEZ-ROBLES, aka "ALEX CHENGO",
[42] CARLOS LOPEZ-ORRIA, aka "PELOTA",
[43] RAUL VIGUERA-SOTO, aka "VIAGRA/EL GORDO/RAULIN",
[44] FELIX O. ORTIZ-RODRIGUEZ, aka "CHUCHA",
[45] ANDRES D. REYMENT-RODRIGUEZ, aka "ANDY LA SALIDA",
[46] ABIMAEL NARVAEZ-ROSA, aka "APU",
[47] JOSE L. CINTRON-APONTE, aka "BEBO LA MAQUINA",
[48] JANEY FONTAN-OTERO, aka "STUART THE LITTLE/STUART",
[49] EDWIN A. PANTOJA-ERASO, aka "BICHOTE",

[50] FRANKIE ORTIZ-SOTO,
[51] WILBERTO GUZMAN-ROBLES, aka "MACHO/MACHITO",
[52] JUAN G. PEREZ-RIVERA, aka "JUANITO CULON",
[53] ANDRES BAEZ-RAMOS, aka "CUAJO",
[54] NELSON GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA",
[55] WILLIAM REYES-GARRASTEGUI, aka "BEBO EL GOLDO",
[56] RAFAEL A. RAMOS-MARIN, aka "EL NEGRO",
[57] PEDRO ORRACA-MATOS, aka "PERI",
[58] FRANCISCO R. MAYSONET-MORALES, aka "ÑAME/GORDO",
[59] ANGEL O. PAGAN-TORRES, aka "KIBU",
[60] JAIME A. HERNANDEZ-SANTIAGO, aka "MINGUI/COCO",
[61] LUIS E. ERAZO DE-JESUS, aka "VAQUERO/VAQUERITO",
[62] CARLOS J. NIEVES-PEREZ, aka "SEVEN",
[63] ABNEL H. BERRIOS-NATALI, aka "ABNEL LA BARBIE",
[64] FRANCISCO SALAS-RIOS, aka "CHULE",
[65] CHRISTIAN GUZMAN-COLON, aka "MUÑEQUITA/MUÑE",
[66] PEDRO CRESPO-BOUCHAMP, aka
"COLOREX/COLO/PEDRITO/COLORAO",
[67] JUAN E. FREITES-TORRES, aka "MACHO/MACHO KENAI",
[68] LUIS M. PANTOJA-CRUZ, aka "CANTINFLA",
[69] HAROLD L. ABOLAFIA-BORRERO, aka "FERRARI",
[70] CHRISTOPHER J. NIEVES-PEREZ, aka "CHUCHO",
[71] JEAN C. TORRES-SOTO, aka "CHICKEN POP",
[72] DANIEL F. VELEZ-ORTIZ, aka "GUAYU/DANIELITO",
[73] FELIX J. ALVARADO-ORTEGA, aka "FILETE/FILETE MIGNON",
[74] JUAN F. VELEZ-CEDEÑO, aka "CHATO",
[75] JORGE L. NEGRON-CRUZ, aka "POLLO/POLLITO/TOSTIN",
[76] JOSE L. JIMENEZ-CANDELARIO,
[77] LUIS A. MONZON-OCASIO, aka "EL PITO",
[78] JOSE M. OYOLA, aka "JUACO",
[79] JOSE A. ROBLES-SANTIAGO, aka "ABI/GUITARREÑO",
[80] EMANUEL RIVERA-ALVAREZ, aka "EMMA",
[81] JOVANNI TORRES-LOPEZ, aka "BIMBO",
[82] JAIME J. VALENTIN-RODRIGUEZ, aka "JAY BARENTE-RIVERA/JAY
LOMBRIZ/EL JAY",
[83] HECTOR X. ORTIZ-ERRAZO, aka "XAVI/EL GORDO",
[84] ANGELITA BRAVO-GARCIA, aka "BEBOTA/MIMITIME/MIMI",
[85] ANGEL A. JIMENEZ-CANDELARIO,
[86] LUIS A. ORTIZ-OLIVERA, aka "PACHE",
[87] JUAN E. RIVERA-SERRANO, aka "CASCO",
[88] FERNANDO MONTAÑEZ-GARCIA, aka "MOSTRI",
[89] BRANDON J. CRUZ-VERGES,
[90] ROLANDO COTTO-ORTEGA, aka "PASTELILLO",
[91] HECTOR QUINTANA-FIGUEROA, aka "CHUPA",
[92] JUAN C. PEREZ-RIVERA, aka "KIBU",
[93] JOSE C. MOJICA-TORRES, aka "CHENCHO",

[94] HECTOR MENDEZ, aka "RUDY/RUBY/SCOOBY",
[95] JEAN C. DEL VALLE-ROSA, aka "CHIWAWIN",
[96] JEREMY A. BARRETO-BERRIOS,
[97] JUAN L. RECA-SANTIAGO, aka "LUIS SANTIAGO-RIVERA",
[98] GABRIEL SEDEÑO-APONTE, aka "LIMBER",
[99] JOSE A. ORTIZ-OLIVERA, aka "MACHO",
[100] FELIX J. ORTIZ, aka "KALKRI/KENOBI",
[101] NASAIN ORTIZ-NIEVES, aka "BART/BART SIMPSON",
[102] ROBERTO C. ROSA-PEREZ, aka "PAPIRO",
[103] PEDRO ALVINO-COLON, aka "PELLO/PEYO/PEDRI",
[104] CARLOS J. SANTOS-VELEZ, aka "CARLITOS",

the defendants herein, did knowingly and intentionally, combine, conspire and agree with each other and with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, to wit: in excess of two hundred and eighty (280) grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; in excess of one (1) kilogram of a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of one hundred (100) kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled Substance; within one thousand (1,000) feet of a real property comprising housing facilities owned by a public housing authority, to wit: Virgilio Davila Public Housing Project, Rafael Falin Torrech Public Housing Project, Brisas de Bayamon Public Housing Project, Jardines de Caparra Public Housing Project, La Gardenias Public Housing Project, La Alambra Public Housing Project, Jose Celso Barbosa Public Housing Project, Los Jeannie Public Housing Project, Alegria Norte Public Housing Project, Jardines de Cataño Public Housing Project, Sierra Linda Public Housing Project, Los Laureles Public Housing Project, Los Dominicos Public Housing Project, Villa Olga Ward,

Rio Plantation Ward and El Polvorin Ward and other areas nearby, within the Municipalities of Bayamon, Toa Baja, Cataño, Naranjito, Comerio and Corozal, Puerto Rico, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. §§ 846 and 860.

## COUNT TWO
### (Using and Carrying Firearms During and in Relation to a Drug Trafficking Crime)

Beginning on a date unknown, but no later than in or about the year 2010, and continuing up to and until the return of the instant Indictment, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] SADID MEDINA-RIVERA, aka "EL LOCO",**
**[2] JORGE MOLINA-LARRION, aka "JORGE BUSH/ EL PRESIDENTE",**
**[3] YAMIL VAZQUEZ-RIVERA, aka "YAMO",**
**[5] SAMUEL ARCE-AYALA, aka "BROCOLI/BROCO/VEGETAL",**
**[8] LUIS G. AYALA-GARCIA, aka "PAJARO/GABY EL QUEMAO",**
**[9] JOSHUA MENDEZ-ROMERO, aka "JOSHI/EL GUABI/GEMELO/EL IDENTICO",**
**[10] JOSE J. ROMERO-BONILLA, aka "GALVAN/COLORAO/GARBAN",**
**[11] JONATHAN MILAN-RODRIGUEZ, aka "POLVO/PICA/POLVORIN/EL VIRAO",**
**[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",**
**[13] RICHARD A. FRANCO-PEREZ, aka "EL CAGON/LA A",**
**[14] WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY",**
**[17] JOEL J. AYALA-VELAZQUEZ, aka "EL PUMA",**
**[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",**
**[24] NELSON RIVERA-MALDONADO, aka "CUAJO",**
**[25] ANGEL L. PAGAN-TORRES, aka "GORITO/EL DESACATAO",**
**[26] ERNESTO JIMENEZ-CANDELARIO, aka "NESTOR",**
**[27] DAVID F. NIEVES-DAVILA, a/k/a "DAVISITO",**
**[28] HECTOR E. MARTINEZ-GARCIA, aka "RICKY TAMBA/RICKY TONGA",**
**[29] ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE",**
**[30] EDGAR E. ARISTUD-MAYSONET,**
**[31] MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY",**
**[33] ANGEL L. MORALES-HERNANDEZ, aka "ANGEL/CHINESE CHECKER",**
**[46] ABIMAEL NARVAEZ-ROSA, aka "APU",**
**[47] JOSE L. CINTRON-APONTE, aka "BEBO LA MAQUINA",**
**[50] FRANKIE ORTIZ-SOTO,**
**[51] WILBERTO GUZMAN-ROBLES, aka "MACHO/MACHITO",**

[54] NELSON GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA",
[58] FRANCISCO R. MAYSONET-MORALES, aka "ÑAME/GORDO",
[59] ANGEL O. PAGAN-TORRES, aka "KIBU",
[60] JAIME A. HERNANDEZ-SANTIAGO, aka "MINGUI/COCO",
[61] LUIS E. ERAZO DE-JESUS, aka "VAQUERO/VAQUERITO",
[62] CARLOS J. NIEVES-PEREZ, aka "SEVEN",
[63] ABNEL H. BERRIOS-NATALI, aka "ABNEL LA BARBIE",
[64] FRANCISCO SALAS-RIOS, aka "CHULE",
[65] CHRISTIAN GUZMAN-COLON, aka "MUÑEQUITA/MUÑE",
[66] PEDRO CRESPO-BOUCHAMP, aka
"COLOREX/COLO/PEDRITO/COLORAO",
[67] JUAN E. FREITES-TORRES, aka "MACHO/MACHO KENAI",
[68] LUIS M. PANTOJA-CRUZ, aka "CANTINFLA",
[69] HAROLD L. ABOLAFIA-BORRERO, aka "FERRARI",
[76] JOSE L. JIMENEZ-CANDELARIO,
[101] NASAIN ORTIZ-NIEVES, aka "BART/BART SIMPSON",

the defendants herein, aiding and abetting each other, did knowingly and unlawfully use and carry

firearms as that term is defined in 18 U.S.C. § 921(a)(3), during and in relation to a drug trafficking

crime as charged in Count One of the instant Indictment. All in violation of 18 U.S.C. §

924(c)(1)(A).

## COUNT THREE
### (Use and Carry of a Firearm During a Drug Trafficking Crime Causing Murder)

On or about December 19, 2012, in the District of Puerto Rico, and within the jurisdiction

of this Court,

[1] SADID MEDINA-RIVERA, aka "EL LOCO",
[3] YAMIL VAZQUEZ-RIVERA, aka "YAMO",
[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",
[13] RICHARD A. FRANCO-PEREZ, aka "EL CAGON/LA A",
[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",
[29] ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE",

the defendants herein, aiding and abetting each other, did knowingly use and carry a firearm with

an unknown serial number, during and in relation to a drug trafficking crime for which they may

be prosecuted in a Court of the United States, namely, a violation of 21 U.S.C. § 846, as charged

in Count One of the Indictment, and in the course of that crime did cause the death of Jomar J.

Marrero-Perez, through the use of a firearm, which killing is a murder as defined in 18 U.S.C. §

1111.

All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(j)(1), and 2.

## COUNT FOUR
### (Drive By Shooting)

On or about May 22, 2013, in the District of Puerto Rico, and within the jurisdiction of this

Court,

**[3] YAMIL VAZQUEZ-RIVERA, aka "YAMO",**
**[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",**
**[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",**

the defendants herein and another person known to the grand jury, aiding and abetting each other,

in furtherance of a major drug offense, as charged in Count One, which count is incorporated by

reference herein, and with intent to intimidate, harass, injure, and maim, fired a weapon into a

group of two or more persons and, in the course of such conduct, killed Carlos J. Duplessis, aka

"Sombrita" and Luis R. Rodriguez-Perez, which killings are murder within the meaning of 18

U.S.C. § 1111(a).

All in violation of 18 U.S.C. §§ 36(b)(2)(A) and 2.

## COUNT FIVE
### (Use and Carry of a Firearm During a Crime of Violence Causing Murder)

On or about May 22, 2013, in the District of Puerto Rico, and within the jurisdiction of this

Court,

**[3] YAMIL VAZQUEZ-RIVERA, aka "YAMO",**
**[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",**
**[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",**

the defendants herein and another person known to the grand jury, aiding and abetting each other, did knowingly use and carry a firearm with an unknown serial number, during and in relation to a crime of violence for which they may be prosecuted in a Court of the United States, namely, a violation of 18 U.S.C. § 36(b)(2)(A), as charged in Count Four of the Indictment, and in the course of that crime did cause the death of Carlos J. Duplessis, aka "Sombrita" and Luis R. Rodriguez-Perez, through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(j)(1), and 2.


## COUNT SIX
### (Use and Carry of a Firearm During a Drug Trafficking Crime Causing Murder)

On or about March 2, 2015, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[8] LUIS G. AYALA-GARCIA, aka "PAJARO/GABY EL QUEMAO",**
**[46] ABIMAEL NARVAEZ-ROSA, aka "APU",**

the defendants herein and other persons known to the grand jury, aiding and abetting each other, did knowingly use and carry a firearm with an unknown serial number, during and in relation to a drug trafficking crime for which they may be prosecuted in a Court of the United States, namely, a violation of 21 U.S.C. § 846, as charged in Count One of the Indictment, and in the course of that crime did cause the death of Nelson R. Troche-Rivera, aka "Negro", through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(j)(1), and 2.

## COUNT SEVEN
### (Use and Carry of a Firearm During a Drug Trafficking Crime Causing Murder)

On or about February 10, 2016, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[14] WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY",
[24] NELSON RIVERA-MALDONADO, aka "CUAJO",
[31] MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY",**

the defendants herein, aiding and abetting each other, did knowingly use and carry a firearm with an unknown serial number, during and in relation to a drug trafficking crime for which they may be prosecuted in a Court of the United States, namely, a violation of 21 U.S.C. § 846, as charged in Count One of the Indictment, and in the course of that crime did cause the death of Jose M. Barbosa-Gonzalez, aka "Peca", through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(j)(1), and 2.

## COUNT EIGHT
### (Use and Carry of a Firearm During a Drug Trafficking Crime Causing Murder)

On or about October 22, 2016, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[14] WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY",
[54] NELSON GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA",
[87] JUAN E. RIVERA-SERRANO, aka "CASCO",**

the defendants herein, aiding and abetting each other, did knowingly use and carry a firearm with an unknown serial numbers, during and in relation to a drug trafficking crime for which they may be prosecuted in a Court of the United States, namely, a violation of 21 U.S.C. § 846, as charged in Count One of the Indictment, and in the course of that crime did cause the death of Christian L.

Calderon-Rojas, aka "Chris", through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111.

All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(j)(1), and 2.

## COUNT NINE
### (Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity)

On or about May 31, 2017, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[16] JAIME L. MARTINEZ-VARGAS, aka "JIMMY/EL COJO/DIRI/EL GORDO",**

the defendant herein did knowingly engage and attempt to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is transfer of $19,500.00 in U.S. currency to a commercial car dealership for the purchase of a vehicle, such property having been derived from a specified unlawful activity, that is, the distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1). In violation of 18 U.S.C. § 1957.

## NARCOTICS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853. Upon conviction of the offense in violation of 21 U.S.C. § 846, set forth in Count One of this Indictment, the defendants,

**[1] SADID MEDINA-RIVERA, aka "EL LOCO",**
**[2] JORGE MOLINA-LARRION, aka "JORGE BUSH/ EL PRESIDENTE",**
**[3] YAMIL VAZQUEZ-RIVERA, aka "YAMO",**
**[4] FELIPE NARVAEZ-COLON, aka "GAVILAN/VIEJO",**
**[5] SAMUEL ARCE-AYALA, aka "BROCOLI/BROCO/VEGETAL",**
**[6] WILLIAM J. DIAZ-RODRIGUEZ, aka "BILLY/PAPA/BOLA",**

[7] CARLOS J. NAZARIO-LOPEZ, aka "CARLOS TATI",

[8] LUIS G. AYALA-GARCIA, aka "PAJARO/GABY EL QUEMAO",

[9] JOSHUA MENDEZ-ROMERO, aka "JOSHI/EL GUABI/GEMELO/EL IDENTICO",

[10] JOSE J. ROMERO-BONILLA, aka "GALVAN/COLORAO/GARBAN",

[11] JONATHAN MILAN-RODRIGUEZ, aka "POLVO/PICA/POLVORIN/EL VIRAO",

[12] GIOVANNI ORTIZ-SOTO, aka "PINOCHO",

[13] RICHARD A. FRANCO-PEREZ, aka "EL CAGON/LA A",

[14] WILFREDO ROJAS-SUAREZ, aka "PIKY/PICKY",

[15] ROBERTO ORTIZ-TORO, aka "TILLO",

[16] JAIME L. MARTINEZ-VARGAS, aka "JIMMY/EL COJO/DIRI/EL GORDO",

[17] JOEL J. AYALA-VELAZQUEZ, aka "EL PUMA",

[18] OMAR J. NIEVES-PEREZ, aka "CORNLAKES",

[19] JOSE R. JIMENEZ-ECHEVARRIA, aka "CUBA/RAFI",

[20] PHILLIP GARCIA-OSORIO,

[21] JULIO ROJAS-SUAREZ, aka "CHULIN/CHULI",

[22] CARLOS M. COLON-CRUZ, aka "FLAQUI",

[23] GEORGE M. FRANCO-PEREZ, aka "LA FLACA",

[24] NELSON RIVERA-MALDONADO, aka "CUAJO",

[25] ANGEL L. PAGAN-TORRES, aka "GORITO/EL DESACATAO",

[26] ERNESTO JIMENEZ-CANDELARIO, aka "NESTOR",

[27] DAVID F. NIEVES-DAVILA, a/k/a "DAVISITO",

[28] HECTOR E. MARTINEZ-GARCIA, aka "RICKY TAMBA/RICKY TONGA",

[29] ANGEL R. CRUZ-VAZQUEZ, aka "BEBO/BRIGANTE",

[30] EDGAR E. ARISTUD-MAYSONET,

[31] MIGUEL A. MARTINEZ-CANDELARIA, aka "MIKY",

[32] JUAN P. MARRERO-DIAZ, aka "EL GOLDO",

[33] ANGEL L. MORALES-HERNANDEZ, aka "ANGEL/CHINESE CHECKER",

[34] ERICK Y. SOTO-PEREZ,

[35] JOSE A. MENDEZ-RUIZ, aka "TIO MENDEZ",

[36] ANDRES MEDINA-MALDONADO, aka "ANDY PERLA/RICKY MARTIN",

[37] JOEL ROSARIO-MARTINEZ, aka "CEDA",

[38] ELIEZER RIVERA-REYES, aka "GORDO TETA",

[39] BRYAN M. CAMACHO-BAEZ, aka "LA PUERCA/LA GORDA",

[40] JOSE D. NIEVES-RAMOS, aka "JOUDI",

[41] ALEXIE LOPEZ-ROBLES, aka "ALEX CHENGO",

[42] CARLOS LOPEZ-ORRIA, aka "PELOTA",

[43] RAUL VIGUERA-SOTO, aka "VIAGRA/EL GORDO/RAULIN",

[44] FELIX O. ORTIZ-RODRIGUEZ, aka "CHUCHA",

[45] ANDRES D. REYMENT-RODRIGUEZ, aka "ANDY LA SALIDA",

[46] ABIMAEL NARVAEZ-ROSA, aka "APU",

[47] JOSE L. CINTRON-APONTE, aka "BEBO LA MAQUINA",

[48] JANEY FONTAN-OTERO, aka "STUART THE LITTLE/STUART",

[49] EDWIN A. PANTOJA-ERASO, aka "BICHOTE",

[50] FRANKIE ORTIZ-SOTO,
[51] WILBERTO GUZMAN-ROBLES, aka "MACHO/MACHITO",
[52] JUAN G. PEREZ-RIVERA, aka "JUANITO CULON",
[53] ANDRES BAEZ-RAMOS, aka "CUAJO",
[54] NELSON GONZALEZ-GONZALEZ, aka "GEMELO/ARDILLA",
[55] WILLIAM REYES-GARRASTEGUI, aka "BEBO EL GOLDO",
[56] RAFAEL A. RAMOS-MARIN, aka "EL NEGRO",
[57] PEDRO ORRACA-MATOS, aka "PERI",
[58] FRANCISCO R. MAYSONET-MORALES, aka "ÑAME/GORDO",
[59] ANGEL O. PAGAN-TORRES, aka "KIBU",
[60] JAIME A. HERNANDEZ-SANTIAGO, aka "MINGUI/COCO",
[61] LUIS E. ERAZO DE-JESUS, aka "VAQUERO/VAQUERITO",
[62] CARLOS J. NIEVES-PEREZ, aka "SEVEN",
[63] ABNEL H. BERRIOS-NATALI, aka "ABNEL LA BARBIE",
[64] FRANCISCO SALAS-RIOS, aka "CHULE",
[65] CHRISTIAN GUZMAN-COLON, aka "MUÑEQUITA/MUÑE",
[66] PEDRO CRESPO-BOUCHAMP, aka
"COLOREX/COLO/PEDRITO/COLORAO",
[67] JUAN E. FREITES-TORRES, aka "MACHO/MACHO KENAI",
[68] LUIS M. PANTOJA-CRUZ, aka "CANTINFLA",
[69] HAROLD L. ABOLAFIA-BORRERO, aka "FERRARI",
[70] CHRISTOPHER J. NIEVES-PEREZ, aka "CHUCHO",
[71] JEAN C. TORRES-SOTO, aka "CHICKEN POP",
[72] DANIEL F. VELEZ-ORTIZ, aka "GUAYU/DANIELITO",
[73] FELIX J. ALVARADO-ORTEGA, aka "FILETE/FILETE MIGNON",
[74] JUAN F. VELEZ-CEDEÑO, aka "CHATO",
[75] JORGE L. NEGRON-CRUZ, aka "POLLO/POLLITO/TOSTIN",
[76] JOSE L. JIMENEZ-CANDELARIO,
[77] LUIS A. MONZON-OCASIO, aka "EL PITO",
[78] JOSE M. OYOLA, aka "JUACO",
[79] JOSE A. ROBLES-SANTIAGO, aka "ABI/GUITARREÑO",
[80] EMANUEL RIVERA-ALVAREZ, aka "EMMA",
[81] JOVANNI TORRES-LOPEZ, aka "BIMBO",
[82] JAIME J. VALENTIN-RODRIGUEZ, aka "JAY BARENTE-RIVERA/JAY
LOMBRIZ/EL JAY",
[83] HECTOR X. ORTIZ-ERRAZO, aka "XAVI/EL GORDO",
[84] ANGELITA BRAVO-GARCIA, aka "BEBOTA/MIMITIME/MIMI",
[85] ANGEL A. JIMENEZ-CANDELARIO,
[86] LUIS A. ORTIZ-OLIVERA, aka "PACHE",
[87] JUAN E. RIVERA-SERRANO, aka "CASCO",
[88] FERNANDO MONTAÑEZ-GARCIA, aka "MOSTRI",
[89] BRANDON J. CRUZ-VERGES,
[90] ROLANDO COTTO-ORTEGA, aka "PASTELILLO",
[91] HECTOR QUINTANA-FIGUEROA, aka "CHUPA",
[92] JUAN C. PEREZ-RIVERA, aka "KIBU",
[93] JOSE C. MOJICA-TORRES, aka "CHENCHO",

**[94] HECTOR MENDEZ, aka "RUDY/RUBY/SCOOBY",**
**[95] JEAN C. DEL VALLE-ROSA, aka "CHIWAWIN",**
**[96] JEREMY A. BARRETO-BERRIOS,**
**[97] JUAN L. RECA-SANTIAGO, aka "LUIS SANTIAGO-RIVERA",**
**[98] GABRIEL SEDEÑO-APONTE, aka "LIMBER",**
**[99] JOSE A. ORTIZ-OLIVERA, aka "MACHO",**
**[100] FELIX J. ORTIZ, aka "KALKRI/KENOBI",**
**[101] NASAIN ORTIZ-NIEVES, aka "BART/BART SIMPSON",**
**[102] ROBERTO C. ROSA-PEREZ, aka "PAPIRO",**
**[103] PEDRO ALVINO-COLON, aka "PELLO/PEYO/PEDRI",**
**[104] CARLOS J. SANTOS-VELEZ, aka "CARLITOS",**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived

from, proceeds obtained, directly or indirectly, as a result of said violation and any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of said

violation, including but not limited to the following: $55,000,000.

If any of the property described above, as a result of any act or omission of a defendant,

1.  cannot be located upon the exercise of due diligence;

2.  has been transferred or sold to, or deposited with, a third party;

3.  has been placed beyond the jurisdiction of the court;

4.  has been substantially diminished in value; or

5.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 21 U.S.C. § 853.

TRUE BILL

FOREPERSON
Date: 12/8/2017

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

_____
**Jose Capo-Iriarte**
Assistant United States Attorney
Chief, Criminal Division

_____
**Victor O. Acevedo-Hernandez**
Assistant United States Attorney

_____
**Alberto R. Lopez-Rocafort**
Assistant United States Attorney
Chief, Narcotics Unit

_____
**Maria L. Montañez-Concepcion**
Assistant United States Attorney